IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Eric Larson, | ) | C.A. No. 9:20-cv-03596-BHH-MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| v. | ) | |
| | ) | |
| | ) | |
| Beaufort County and Ashley Jacobs, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Eric Larson and Beaufort County hereby stipulate that this action is dismissed with prejudice, both parties to bear their own costs and attorneys' fees. Defendant Jacobs having been previously dismissed by stipulation of the parties dated October 8, 2021, this matter is hereby ended in its entirety.


s/Bonnie Travaglio Hunt                                    s/Derwood L. Aydlette III
Bonnie Travaglio Hunt (FID  7670)               Derwood L. Aydlette III (Fed ID 5036)
HUNT LAW LLC                                                 Gignilliat, Savitz & Bettis, LLP
PO Box 1845                                                         900 Elmwood Ave., Suite 100
Goose Creek, SC 29445                                    Columbia, SC  29201
(843) 553-8709                                                      (803) 799-9311
bthunt@huntlawllc.com                                    daydlette@gsblaw.net

ATTORNEY FOR PLAINTIFF                         ATTORNEYS FOR DEFENDANT
                                                                                  BEAUFORT COUNTY